UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID THOMAS COOK,

    *Petitioner*,

v.

KEVIN KAUFFMAN, et al.,

    *Respondents*.

Civil Action No. 16-191 ERIE

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This petition for habeas corpus is **DISMISSED** for lack of timely filing.

(3) A certificate of appealability is **DENIED** as to all claims.

(4) This case is **CLOSED**.

(5) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 12th day of July, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE